Evan Martyndale Livingstone, SBN 252008
182 Farmers Lane, Suite 100A
Santa Rosa, CA 95405
Tel: (707) 571-8600
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-11839 |
| | ) | |
| Lewis Evan Shapiro | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |

## Motion to Avoid Judicial Lien on Real Estate

1. Debtor, __Lewis Evan Shapiro__, commenced this case on __6/18/09__ by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. This court has jurisdiction over this motion, filed pursuant to 11 U.S.C. Sec. 522(f) to avoid and cancel a judicial lien held by __North Coast Collection Service__ on real property used as the debtor's residence, under 28 U.S.C. Sec. 1334.

3. On June 5, 2009, creditors recorded a judicial lien with the Sonoma County Recorder's Office against the following debtor's residence at:
**14716 Eagle Nest Ln
Guerneville, CA 95446-9555
APN 070-293-041-000**

The said judicial lien is entered of record as follows:

**Abstract of Judgment Instrument No. 2009054405**

4. The debtor's interest in the property referred to in the preceding paragraph and encumbered by the lien has been claimed as full exempt in their bankruptcy case.

5. The existence of __North Coast Collection Service__ lien on debtor's real property impairs exemptions to which the debtor(s) would be entitled under 11 U.S.C. Sec. 522(b).

WHEREFORE, debtor(s) pray for an order against __Lewis Evan Shapiro__ avoiding and canceling the judicial lien in the above-mentioned property, and for such additional or alternative relief as may be just and proper.

Date: September 1, 2009

*Evan Livingstone*
_____
Evan Livingstone
Attorney for Debtor