Evan Martyndale Livingstone, SBN 252008
182 Farmers Lane, Suite 100A
Santa Rosa, CA 95405
Tel: (707) 571-8600
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                    ) Case No.     09-11839
                                          )
    Lewis Evan Shapiro              ) Chapter 13
                                          )
    Debtor                          )
_____           )

**NOTICE OF OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION
FOR ORDER AVOIDING JUDICIAL LIEN**

To Secured Creditor **NORTH COAST COLLECTION SERVICE**

Take Notice – <u>this is a Scream or Die Procedure</u>. Debtor is giving you Notice that you have an Opportunity for a hearing on Debtor's attached motion to avoid the lien you hold on Debtor's real property, and for an order that the Lien may not be enforced, and for an order permanently stripping the Lien from Debtor's real property should Debtor receive a Discharge upon completing her Chapter 13 plan payments.:

This scream or die procedure is prescribed by Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California. Under this procedure <u>any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 20 days of mailing of the notice;</u>

A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION FOR ORDER – Page 1

Case: 09-11839   Doc# 21   Filed: 09/01/09   Entered: 09/01/09 15:07:03   Page 1 of 3

If you do not file a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;

Debtor will give at least 10 days written notice of a hearing to the objecting or requesting party, and to the trustee appointed in the case, in the event an objection or request for hearing is timely.

Date: Tuesday, September 01, 2009

*/s/ Evan Livingstone*
_____
Evan Livingstone
Attorney for Debtor

Evan Martyndale Livingstone, SBN 252008
182 Farmers Lane, Suite 100A
Santa Rosa, CA 95405
Tel: (707) 571-8600
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) Case No. 09-11839
)
    Lewis Evan Shapiro ) Chapter 13
)
    Debtor )
_____ )

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2009, a copy of above NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY as well as a copy of DEBTOR'S MOTION TO AVOID JUDICIAL LIEN ON REAL PROPERTY, was served

    ☐ electronically

    ☑ first class United States mail addressed to an officer of the institution

    ☐ certified mail addressed to an officer of the institution

to all interested parties, the Trustee and all creditors listed below:

    Robert Tavelli, President
    North Coast Collection Service
    PO Box 476
    Santa Rosa, CA 95402

Date: Tuesday, September 01, 2009

                                    */s/ Evan Livingstone*
                                  _____
                                  Evan Livingstone
                                  Attorney for Debtor