# United States Bankruptcy Court
## Northern District of California

In re **Lewis Evan Shapiro**  
Debtor(s)

Case No. **09-11839**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 16, 2009**, a copy of First Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Capital One Auto Finance, 3901 Dallas Pkwy, Plano, TX 75093

/s/ Evan Martyndale Livingstone  
**Evan Martyndale Livingstone**  
**Evan Livingstone, Esq**  
**182 Farmer's Lane, Suite 100A**  
**Santa Rosa, CA 95405**  
**(707) 571-8600 Fax:(707) 676-9112**  
**evanlivingstone@sbcglobal.net**