STEVEN W. PITE (CA SBN 157537)
JOHN D. DUNCAN (CA SBN 179560)
JOHN B. ACIERNO III (CA SBN 257176)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for EMC MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| In re | Case No. 09-11839 |
|---|---|
| LEWIS EVAN SHAPIRO, | Chapter 13 |
| Debtor(s). | PROOF OF SERVICE BY MAIL |

I, Amalia Bidriales, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On October 19, 2009, I served the PROOF OF CLAIM (WITH ATTACHMENTS) AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS in said cause by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 19, 2009, at San Diego, California.

/s/ Amalia Bidriales
AMALIA BIDRIALES

# SERVICE LIST

**DEBTOR(S)**

Lewis Evan Shapiro
14716 Eagle Nest Ln
Guerneville, CA 95446-9555

**DEBTOR(S) ATTORNEY**

Evan Livingstone
Law Offices of Evan Livingstone
182 Farmer's Lane 100A
Santa Rosa, CA 95405

**CHAPTER 13 TRUSTEE**

David Burchard
393 Vintage Park Drive, Suite 150
Foster City, CA 94404