Evan Martyndale Livingstone, SBN 252008
182 Farmers Lane, Suite 100A
Santa Rosa, CA 95405
Tel: (707) 571-8600
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) Case No. 09-11839
)
    Lewis Evan Shapiro ) Chapter 13
)
    Debtor )
_____ )

**NOTICE OF OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION
FOR ORDER VALUING JUNIOR LIEN OF SECURED CREDITOR AS $0**

To Secured Creditor **CITIMORTGAGE INC.**

Take Notice – <u>this is a Scream or Die Procedure</u>. Debtor is giving you Notice that you have an Opportunity for a hearing on Debtor's attached motion to value the lien you hold on Debtor's real property at zero dollars ($0), and for an order that the Lien may not be enforced, and for an order permanently stripping the Lien from Debtor's real property should Debtor receive a Discharge upon completing her Chapter 13 plan payments.:

This scream or die procedure is prescribed by Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California. Under this procedure <u>any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 20 days of mailing of the notice;</u>

A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION FOR ORDER – Page 1

<u>If you do not file a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;</u>

Debtor will give at least 10 days written notice of a hearing to the objecting or requesting party, and to the trustee appointed in the case, in the event an objection or request for hearing is timely.

Date: Wednesday, November 11, 2009

*Evan Livingstone*
_____
Evan Livingstone
Attorney for Debtor

Evan Martyndale Livingstone, SBN 252008
182 Farmers Lane, Suite 100A
Santa Rosa, CA 95405
Tel: (707) 571-8600
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.    09-11839 |
| | ) | |
| Lewis Evan Shapiro | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2009, a copy of above NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION FOR ORDER VALUING JUNIOR LIEN OF SECURED CREDITOR AS $0 as well as a copy of Debtors MOTION TO VALUE JUNIOR LIEN OF SECURED CREDITOR AS $0, was served

☐ electronically

☐ first class United States mail

☒ certified mail addressed to an officer of the institution

to all interested parties, the Trustee and all creditors listed below:

      Sanjiv Das, CEO
      Citimortgage Inc
      PO Box 9438
      Gaithersburg, MD 20898-0000

Date: Wednesday, November 11, 2009

                                                  *Evan Livingstone*
                                            _____
                                            Evan Livingstone
                                            Attorney for Debtor