| | |
|---|---|
| 1 | Evan Livingstone, SBN 252008<br>ATTORNEY AT LAW |
| 2 | 740 4th St. Suite 215<br>Santa Rosa CA 95404 |
| 3 | Phone: (707) 206-6570<br>Fax: (707) 676-9112 |
| 4 | Email: evanlivingstone@sbcglobal.net |
| 5 | Attorney for Debtors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. | 10-11883 |
|---|---|---|
| Lewis Evan Shapiro | Chapter | 13 |
| Debtor(s) | | |

REQUEST FOR ENTRY OF DEFAULT ORDER GRANTING MOTION TO VALUE JUNIOR LIEN OF CITBANK (WEST), FSB AT $0 AND AVOID LIEN UPON DISCHARGE

On           Debtor filed a motion to value the lien of Citibank (West), fsb (hereinafter Lienholder) against the property commonly known as 14716 Eagle Nest Ln, Guerneville CA 95446, Sonoma County AP #070-293-041-000, which lien was recorded in the Sonoma County Recorder's Office on or about January 1, 2006 as document 2006001439 (hereinafter the Lien). Lienholder having failed to file timely opposition to Debtor's motion, Debtor requests that the court grant the attached proposed order by default.

Date: July 27, 2011          /s/Evan Livingstone
                             Evan Livingstone, Attorney for Debtor

10-11883 - Request for Entry of Default Order Granting Motion to Value Junior Lien of Citbank (West), fsb at $0 and Avoid Lien Upon Discharge – Page 1

Case: 09-11839    Doc# 40    Filed: 07/27/11    Entered: 07/27/11 18:13:11    Page 1 of 5

| | |
|---|---|
| 1 | # DECLARATION OF EVAN LIVINGSTONE |
| 2 | I Evan Livingstone, attorney for debtor, declare under penalty of perjury that I have |
| 3 | received neither opposition nor request for a hearing on debtor's motion. |
| 4 | |
| 5 | Date: July 27, 2011    /s/Evan Livingstone<br>Evan Livingstone, Attorney for Debtor |

10-11883 - Request for Entry of Default Order Granting Motion to Value Junior Lien of Citbank (West), fsb at $0 and Avoid Lien Upon Discharge – Page 2

Case: 09-11839   Doc# 40   Filed: 07/27/11   Entered: 07/27/11 18:13:11   Page 2 of 5

Evan Livingstone, SBN 252008
ATTORNEY AT LAW
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                              Case No.    10-11883

Lewis Evan Shapiro                                       Chapter     13
            Debtor(s)
_____/

PROPOSED ORDER GRANTING MOTION TO VALUE LIEN OF CITIBANK (WEST), FSB

AS $0 AND AVOID LIEN UPON DISCHARGE OF DEBTOR

On _____ Debtor filed a motion to value the lien of Citibank (West), fsb (hereinafter Lienholder) against the property commonly known as 14716 Eagle Nest Ln, Guerneville CA 95446, Sonoma County AP #070-293-041-000, which lien was recorded in the Sonoma County Recorder's Office on or about January 1, 2006 as document 2006001439 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows.

(1) For purposes of Debtor's chapter 13 plan only, the Lien of Citibank (West), fsb is valued at zero, does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

** END OF ORDER **

10-11883 - Request for Entry of Default Order Granting Motion to Value Junior Lien of Citbank (West), fsb at $0 and Avoid Lien Upon Discharge – Page 4

Case: 09-11839    Doc# 40    Filed: 07/27/11    Entered: 07/27/11 18:13:11    Page 4 of 5

```
 1  Evan Livingstone, SBN 252008
    ATTORNEY AT LAW
 2  740 4th St. Suite 215
    Santa Rosa CA 95404
 3  Phone: (707) 206-6570
    Fax: (707) 676-9112
 4  Email: evanlivingstone@sbcglobal.net

 5  Attorney for Debtors

 6

 7

 8                    UNITED STATES BANKRUPTCY COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10   In re:                                    Case No.    10-11883

11   Lewis Evan Shapiro                        Chapter     13
              Debtor(s)
12   _____/

13                         CERTIFICATE OF SERVICE

14       I hereby certify that on July 27, 2011, pursuant to BR Local Rule 9014-1(b)(4), a copy of

15  above REQUEST FOR ENTRY OF DEFAULT ORDER GRANTING MOTION TO VALUE

16  JUNIOR LIEN OF CITBANK (WEST), FSB AT $0 AND AVOID LIEN UPON DISCHARGE

17  as well as a copy of Debtor(s) PROPOSED ORDER ON MOTION TO VALUE LIEN OF

18  SECURED CREDITOR AS $0 AND AVOID LIEN ON DISCHARGE, was served, to the

19  United States Trustee and the Chapter 13 Trustee, electronically and to the creditor listed below

20  by first-class mail.

21            Sanjiv Das, CEO
              Citibank (West), fsb
22            PO Box 6941
              The Lakes, NV 88901-6941
23
    Date: July 27, 2011            /s/Evan Livingstone
24                                 Evan Livingstone
```

10-11883 - Request for Entry of Default Order Granting Motion to Value Junior Lien of Citbank (West), fsb at $0 and Avoid Lien Upon Discharge – Page 5

Case: 09-11839    Doc# 40    Filed: 07/27/11    Entered: 07/27/11 18:13:11    Page 5 of 5