Evan Livingstone, SBN 252008
ATTORNEY AT LAW
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No.  09-11839

Lewis Evan Shapiro  Chapter  13
          Debtor(s)
_____/

REQUEST FOR ENTRY OF DEFAULT ORDER GRANTING MOTION TO AVOID

JUDICIAL LIEN OF NORTH COAST COLLECTION

On September 1, 2009 Debtor filed a motion to avoid the judicial lien of North Coast Collection (hereinafter Lienholder) which is an Abstract of Judgment recorded on June 5, 2009 with the Sonoma County Recorder's Office as Document No. 2009054405 (the Judicial Lien), which affects the following real properties belonging to debtors: 14716 Eagle Nest Ln, Guerneville, CA 95446, APN 070-293-041-000.

Lienholder having failed to file timely opposition to Debtor's motion, Debtor requests that the court grant the attached proposed order by default.

Date: July 27, 2011                    /s/Evan Livingstone_____
                                       Evan Livingstone
                                       Attorney for Debtor

| | |
|---|---|
| 1 | DECLARATION OF EVAN LIVINGSTONE |

2   I Evan Livingstone, swear under penalty of perjury that I have not received any notice of

3   opposition or request for a hearing from the above lienholder as of the date of this declaration.

4

5   Date: July 27, 2011              /s/Evan Livingstone
                                     Evan Livingstone

Evan Livingstone, SBN 252008
ATTORNEY AT LAW
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                              Case No.    09-11839

Lewis Evan Shapiro                                  Chapter     13
            Debtor(s)
_____/

PROPOSED ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN OF

NORTH COAST COLLECTION

On September 1, 2009 Debtor filed a motion to avoid the judicial lien of North Coast Collection (hereinafter Lienholder) which is an Abstract of Judgment recorded on June 5, 2009 with the Sonoma County Recorder's Office as Document No. 2009054405 (the Judicial Lien), which affects the following real properties belonging to debtors: 14716 Eagle Nest Ln, Guerneville, CA 95446, APN 070-293-041-000.

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to oppose the motion, the court hereby orders as follows: The judicial lien of North Coast Collection which is an Abstract of Judgment recorded on June 5, 2009 with the Sonoma County Recorder's Office as Document No. 2009054405 is null and void and cannot be enforced.

** END OF ORDER **

|     |                                                                              |
| --: | ---------------------------------------------------------------------------- |
|  1  | Evan Livingstone, SBN 252008                                                 |
|     | ATTORNEY AT LAW                                                              |
|  2  | 740 4th St. Suite 215                                                        |
|     | Santa Rosa CA 95404                                                          |
|  3  | Phone: (707) 206-6570                                                        |
|     | Fax: (707) 676-9112                                                          |
|  4  | Email: evanlivingstone@sbcglobal.net                                         |
|  5  | Attorney for Debtors                                                         |
|  6  |                                                                              |
|  7  |                                                                              |
|  8  | UNITED STATES BANKRUPTCY COURT                                               |
|  9  | NORTHERN DISTRICT OF CALIFORNIA                                              |
| 10  | In re:                              Case No.    09-11839                    |
| 11  | Lewis Evan Shapiro                  Chapter     13                           |
|     |                     Debtor(s)                                                |
| 12  | _____/                                              |
| 13  | CERTIFICATE OF SERVICE                                                       |
| 14  | I hereby certify that on July 27, 2011, a copy of above as well as a copy of REQUEST |
| 15  | FOR ENTRY OF DEFAULT ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN             |
| 16  | OF NORTH COAST COLLECTION Debtor(s) PROPOSED ORDER ON MOTION AVOID            |
| 17  | JUDICAL LIEN, was served, to the United States Trustee, the Chapter 13 Trustee, |
| 18  | electronically, and to the creditor listed below by first class mail.        |
| 19  | Robert Tavelli, President                                                    |
|     | North Coast Collection Service                                               |
| 20  | PO Box 476                                                                   |
|     | Santa Rosa, CA 95402                                                         |
| 21  |                                                                              |
| 22  | Date: July 27, 2011                 /s/Evan Livingstone_____     |
|     |                                     Evan Livingstone                         |
| 23  |                                                                              |
| 24  |                                                                              |