Signed: July 28, 2011

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

1  Evan Livingstone, SBN 252008
   ATTORNEY AT LAW
2  740 4th St. Suite 215
   Santa Rosa CA 95404
3  Phone: (707) 206-6570
   Fax: (707) 676-9112
4  Email: evanlivingstone@sbcglobal.net

5  Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No.    10-11839

Lewis Evan Shapiro                        Chapter     13
            Debtor(s)
_____/

**ORDER GRANTING MOTION TO VALUE LIEN OF CITIBANK**

**(WEST), FSB AS $0 AND AVOID LIEN UPON DISCHARGE OF DEBTOR**

On September 1, 2009 Debtor filed a motion to value the lien of Citibank (West), fsb (hereinafter Lienholder) against the property commonly known as 14716 Eagle Nest Ln, Guerneville CA 95446, Sonoma County AP #070-293-041-000, which lien was recorded in the Sonoma County Recorder's Office on or about January 1, 2006 as document 2006001439 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows.

(1) For purposes of Debtor's chapter 13 plan only, the Lien of Citibank (West), fsb is valued at zero, does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

10-11883 - Order Granting Motion to Value Junior Lien of Citibank (West), fsb at $0 and Avoid Lien Upon Discharge – Page 1

Case: 09-11839    Doc# 44    Filed: 07/28/11    Entered: 07/28/11 15:11:16    Page 1 of 2

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

** END OF ORDER **

10-11883 - Order Granting Motion to Value Junior Lien of Citibank (West), fsb at $0 and Avoid Lien Upon Discharge – Page 2

Case: 09-11839    Doc# 44    Filed: 07/28/11    Entered: 07/28/11 15:11:16    Page 2 of 2